## STATE v. ALFRED RASMUSSON.[1]

February 15, 1924.

No. 23,884.

**Conviction sustained.**

Evidence examined and *held* to support a conviction of having in possession intoxicating liquor for purpose of sale.

Upon information of the county attorney of Pennington county, defendant was charged with the offense of having in his possession intoxicating liquor for sale, tried in the district court for that county before Grindeland, J., and a jury which found him guilty as charged in the information. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*G. Halvorson,* for appellant.

*Clifford L. Hilton,* Attorney General and *Theodore Quale,* County Attorney, for respondent.

PER CURIAM.

This appeal after conviction of having in possession intoxicating liquor for the purpose of sale presents no new question of law.

The facts have been examined from the standpoint of the assignments of error and we find no reason for disturbing the result. The verdict is supported by the evidence. The usual bottle was found by a deputy sheriff on premises then in charge of defendant. The find was made in his presence. It did not seem to surprise him. He did not deny ownership or make any affirmation of innocence such as would have been expected of one free from guilt of the charge with which he knew he was then confronted. A negative circumstance such as that may have a very affirmative and convincing effect upon a jury.

The alleged new evidence was of such a character that it did not compel a new trial. The order denying one was well within the discretion of the trial judge.

Order denying new trial affirmed.

[1]Reported in 197 N. W. 214.